**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: | **Yvon Jerome** | JOINT DEBTOR: | CASE NO.: **13-23109** |
| Last Four Digits of SS# | **xxx-xx-4444** | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **3,861.41** for months **1** to **60** ;
  B. $ _____ for months ___ to ___ ;
  C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3500.00**    TOTAL PAID $ **3500.00**
Balance Due $ **-NONE-** payable $ _____ /month (Months ___ to ___ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**      Arrearage on Petition Date $ _____
Address: _____    Arrears Payment $ _____ /month (Months _ to _)
Account No: _____    Regular Payment $ _____ /month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Bank of America Attn: Correspondence Unit/CA6-919-02-41; Po Box 5170; Simi Valley, CA 93062 Account No: xxxxx4750** | **749-751 NW 34th St Miami, Florida 33127** $ **80,000.00** | **5.25**% | $ **1,518.88** | **1** To **60** | **91,132.73** |
| **Bank of America Attn: Correspondence Unit/CA6-919-02-41; Po Box 5170; Simi Valley, CA 93062 Account No: xxxxx4742** | **745-747 NW 34th St Miami, Florida 33127** $ **80,000.00** | **5.25**% | $ **1,518.88** | **1** To **60** | **91,132.73** |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**      Total Due $ _____
Payable $ _____ /month (Months _ to _)    Regular Payment $ _____

Unsecured Creditors: Pay $ **437.51** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Chase: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.**

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

  **Special Intentions:**
  **BAC HOME LOANS SERVICING: Debtor intends to avoid lien.**
  **RONALD R. WOLFE & ASSOCIATES: Debtor intends to avoid lien.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Yvon Jerome**
**Yvon Jerome**
Debtor

Date: **July 11, 2013**