**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐   1st   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐   _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Yvon Jerome         JOINT DEBTOR: _____         CASE NO.: 13-23109
Last Four Digits of SS# 4444        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

 A.   $ 3,861.41   for months   1   to   59   ;
 B.   $ 9,744.08   for months   60   ;
 C.   $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00       TOTAL PAID $ 3,500.00
            Balance Due $ 0.00  payable $ 0.00 /month (Months ___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Chase                                *To be treated outside plan
   POB 24696
   Columbus, OH 43224
   Acc#xxxx1020

2. Peoples CU                           *To be treated outside plan
   680 NE 124th Street
   North Miami, FL 33161
   Acc#xxxx5881

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>POB 5170<br>Simi Valley, CA 93062<br>Acc#xxxx4750 | 749-751 NW 34th Street<br>Miami, FL 33127<br><br>Value: $80,000.00 | 5.25% | $1,518.88 | 1-60 | $91,132.73 |
| Bank of America<br>POB 5170<br>Simi Valley, CA 93062<br>Acc#xxxx4742 | 745-747 NW 34th Street<br>Miami, FL 33127<br><br>Value: $80,000.00 | 5.25% | $1,518.88 | 1-60 | $91,132.73 |

Priority Creditors: [as defined in 11 U.S.C. §507]
NONE

Unsecured Creditors: Pay $  437.51  /month (Months  1- 59 ).
              Pay $ 5,731.91  /month (Months 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. To avoid litigation, the parties agree that on or before May 15 of each year the Debtor(s) shall provide to the Chapter 13 Trustee a copy of the tax return filed with the IRS that year or an affidavit that they did not earn sufficient income to file tax returns.  If the Debtor(s) income increased more than the COLA (Cost of living adjustment) for that calendar year, on or before June 15 of each year, the Debtor(s) will modify the plan to pay the additional income received above COLA to the allowed unsecured creditors – or – the Debtor(s) will a) amend schedule I and J (if under median) or amend the CMI form (if over median) b) provide the Trustee with evidence and calculation of any new or increased expenses and c) file a motion to modify the plan or a notice with a detailed statement of why the Debtor believes that modification is not necessary.  The parties further agree that the Trustee may seek an increase in payment to the unsecured creditors equivalent to the income that was not disclosed by the Debtor(s) for the prior year and that the time to file a motion to vacate confirmation under 1330(a) is extended to 90 days after the Debtor has provided the Trustee with the tax returns for the tax year in which the petition was filed

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


   /s/ Ivon Jerome          10/29/13
Debtor

LF-31 (rev. 01/08/10)