**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒     2nd     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐              Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Yvon Jerome     JOINT DEBTOR:     CASE NO.: 13-23109
Last Four Digits of SS# 4444     Last Four Digits of SS# 

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

     A.    $ 3,861.41 for months 1 to 59;
     B.    $ 11,410.75 for months 60;
     C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00 + $1,500.00 (2 MTV)    TOTAL PAID $ 3,500.00
                Balance Due $ 1,500.00 payable $ 150.00 /month (Months 1-10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Chase                              *To be treated outside plan
   POB 24696
   Columbus, OH 43224
   Acc#xxxx1020

2. Peoples CU                      *To be treated outside plan
   680 NE 124th Street
   North Miami, FL 33161
   Acc#xxxx5881

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America POB 5170 Simi Valley, CA 93062 Acc#xxxx4750 | 749-751 NW 34th Street Miami, FL 33127  Value: $80,000.00 | 5.25% | $1,518.88 | 1-60 | $91,132.73 |
| Bank of America POB 5170 Simi Valley, CA 93062 Acc#xxxx4742 | 745-747 NW 34th Street Miami, FL 33127  Value: $80,000.00 | 5.25% | $1,518.88 | 1-60 | $91,132.73 |

Priority Creditors: [as defined in 11 U.S.C. §507]
NONE

Unsecured Creditors: Pay $ 287.51 /month (Months 1-10)
                         Pay $ 437.51 /month (Months 11-59)
                         Pay $ 7,231.91 /month (Months 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/ Ivon Jerome      4/18/2014
Debtor

LF-31 (rev. 01/08/10)