

ORDERED in the Southern District of Florida on November 17, 2014.

*Laurel M. Isicoff*
Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

YVON JEROME

    Debtor(s).

CASE NO. 13-23109-LMI
CHAPTER 13

_____/

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY BANK OF AMERICA, N.A.**

THIS CASE came before the Court upon the Debtor's Motion to Value and Determine Secured Status of Lien on Real Property (Doc. No. 78; the "Motion").  Having considered said Motion, and having been advised of the agreement of the Parties, the Court FINDS as follows:

A.   The value of the debtor's Real Property (the "Real Property") located at 749-751 NW 34th Street, Miami, FL 33127 , and more particularly described as:

ALL THAT CERTAIN PARCEL OF LAND SITUATED IN THE COUNTY OF MIAMI-DADE, STATE OF FLORIDA, BEING KNOWN AND

**DESIGNATED AS LOT 24, BLOCK 1, SUWANNEE PARK, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 12, PAGE 69, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

is $125,000.00 at the time of the filing of this case.

B. The total of all claims secured by liens on the Real Property senior to the lien of BANK OF AMERICA, N.A. (the "Lender") is $0.00.

C. The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $125,000.00 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $125,000.00 with 5.25% interest to be paid in equal monthly payments as required under 11 U.S.C. § 1325(a) (5) (B) (ii) over the life of the plan. The loan will be unescrowed, and Debtor will pay property taxes and insurance direct.

3. The pre-petition escrow advances in the amount $6,722.67 shall be paid in full over the 60 month term of the Chapter 13 plan at the rate of $112.05 per month as a separate secured claim from the value.

4. Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph two (2) above. It shall also be classified as a general unsecured claim in the amount of $268,499.41, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted by:

Cynthia Talton
FLORIDA BAR NO 0784281
Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida   33622-5018
Phone   (813) 251-4766 Ext: 3124
Fax   (813) 251-1541
Bankruptcyattorneys@wolfelawfl.com

Attorney Aubrey Rudd is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

YVON JEROME
3300 NW 7TH PL #4
Miami,   FL 33127

Aubrey   Rudd, Esquire
2100 Coral Way #602
Miami,   FL 33145

Nancy K. Neidich, Trustee
POB 279806
Miramar,   FL 33027

BANK OF AMERICA, N.A.
7105 Corporate Drive   MS-PTX-B-209
Plano, TX   75024


78
Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida   33622-5018

B13009018